## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
### LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
### 1100 EAST MAIN STREET, SUITE 501
### RICHMOND, VIRGINIA  23219-3517
### WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR                                                                          TELEPHONE
CLERK                                                                                  (804) 916-2700

July 22, 2014


Almaz Nezirovic
Western Virginia Regional Jail
5885 West River Road
Salem, VA 24153

        Re:    No. 14-6468, Almaz Nezirovic v. Gerald S. Holt, etc., et al.
                7:13-cv-00428-MFU; 7:12-mc-00039-RSB

Dear Mr. Nezirovic:

        On July 21, 2014, the court received correspondence from you and a 137 page document.
The court has filed these documents as a motion for leave to file a pro se supplemental brief and
a proposed pro se supplemental brief.

        The court has previously appointed counsel, Andrew Childress, to represent you in this
habeas appeal.  The formal opening brief on your behalf and joint appendix is due on August 11,
2014.  Representation by counsel is very important on appeal where the record has already been
determined and the arguments are legal in nature.

        Your best interests would be served by having counsel submit a brief on your behalf.
The court would also consider your motion to file a supplemental brief.

                                        Sincerely,

                                        /s/ Judith B. Henry
                                        _____
                                        Counsel to the Clerk


cc: Andrew Childress, Esq.

JBH:abw