FILED: August 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6468
(7:13-cv-00428-MFU)
(7:12-mc-00039-RSB)

_____

ALMAZ NEZIROVIC

       Petitioner - Appellant

v.

GERALD S. HOLT, United States Marshal, Western District of Virginia; BOBBY D. RUSSELL, Superintendent, Western Virginia Regional Jail

       Respondents - Appellees

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 08/25/2014

Opening brief due: 08/25/2014

Response brief due: 09/25/2014

Any reply brief: 14 days from service of response brief.

       For the Court--By Direction

/s/ Patricia S. Connor, Clerk