FILED: August 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6468
(7:13-cv-00428-MFU)
(7:12-mc-00039-RSB)

_____

ALMAZ NEZIROVIC

        Petitioner - Appellant

v.

GERALD S. HOLT, United States Marshal, Western District of Virginia; BOBBY D. RUSSELL, Superintendent, Western Virginia Regional Jail

        Respondents - Appellees

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 618 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk