54

RECEIVED
2014 SEP -8 AM 11:00
U.S. COURT OF APPEALS
FOURTH CIRCUIT

DEAR JUDGE AND CLERK OF APPEALS COURT:

MY NAME IS ALMAZ NEZIROVIC. CASE # 14-6468. I TERMINATED MY FORMER ATTORNEY MS. FAY SPENCE BECAUSE OF MANY PROBLEMS. ONE PROBLEM WE HAD WAS SHE FAILED TO ME LEGAL DOCUMENTS IN ENGLISH AND BOSNIAN LANGUAGE, SHE NEVER SEND ME NOTHING I ASK FOR. I HAVE A NEW LAWYER MR. ANDREW WAGNER CHILDRESS, WHICH ALSO IGNORING MY REQUEST, I'VE SENT 3 LETTER AND HE HASN'T RESPONDED BACK TO ME. I SENT A LETTER TO U.S. PROSECUTOR TIMMOTY J HEAPHY, WHICH IS ALSO IGNORING ME. I CANNOT UNDERSTAND THIS TYPE OF PROFESIONAL RESPONSOBILITY, AND THAT IS WHY I'M WRITTNING YOU THIS LETTER. I FEEL "I AM DISCRIMINATED" AGAINST, AND I'VE SENT A LETTER TO BOSNIAN EMBASSY FOR HELP. COPY OF THIS LETTER I WILL SEND TO MS. AMBER KLUESENER, LEGAL ADVISOR IN OFFICE OF SECRETARY OF STATE.

* PLEASE CAN THE JUDGE OR CLERK OF APPEALS COURTS HELP ME? *

PLEASE SEND LETTER TO MY NEW LAWYER MR. CHILDRESS AND LET HIM KNOW THAT "I DONT WANT HIS HELP" IF CAN'T SEND ME THE FOLLOWING DKT:

1) COPY OF CRIMINAL CHARGE 1993, WHICH IS PART OF EXTRADITION REQUEST IN "BOSNIAN LENGUAGE."

2) HIS WRITTNING FOR MY DEFENSE

3) WRITTNING U.S. PROSECUTOR AGAINST ME

AFTER READING HIS WRITTNING "I WILL DECIDE" IF I NEED HIS HELP OR REPRESENT MYSELF. I DONT WANT A ATTORNEY WHO IGNORES ME. HE "NEEDS TO KNOW", HE REPRESENT ME NOT HIMSELF. ALSO I WOULD LIKE HIM TO "VISIT" ME BEFORE COURT. ITS ALL I ASK BECAUSE ITS MY "LEGAL RIGHT". THANK YOU FOR READING AND PLEASE RESPOND TO ME.

SINCERLY:   09.02.2014   ALMAZ NEZIROVIC

ALHAZ NEZIROVIC
5885 WEST RIVER RD.
SALEM VA 24153

INMATE
Western Virginia
Regional Jail

ROANOKE VA 240
03 SEP 2014 PM 4 T



PATRICIA CONNOR - CLERK
US COURT OF APPEALS FOR THE FOURTH CIRCUIT
LEWIS F. POWEL JR. COURT HOUSE
1100 E MAIN. STR. SUITE 501
RICHMOND, VA 23219

23219$3538