**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 22, 2014

_____

RESPONSE FOLLOW-UP NOTICE
_____

No.   14-6468,      Almaz Nezirovic v. Gerald Holt
                    7:13-cv-00428-MFU, 7:12-mc-00039-RSB

TO:     Andrew W. Childress

RESPONSE/ANSWER DUE:  October 2, 2014

The court previously directed that you respond to appellant's letter dated September 2, 2014. We have not received your response. You must remedy this default within 10 days. Failure to comply with the Court's rules and instructions may result in initiation of disciplinary action under **Local Rule 46(g)**.

Tony Webb, Deputy Clerk
804-916-2702