FILED
OCT 10 2014
U.S. Court of Appeals
Fourth Circuit

SCANNED

14-6468
aweb
CAL

Dear Clerk Ms. Connor and Deputy Clerk Ms. Moore

After I sent some documents to you, you sent me a response letter in which you complained that I should send requests through my lawyer and NOT directly to you. I want to remind you that I terminated my ex-lawyer Ms. Spence due to many problems; problems which is still have not solved. After that, the court gave me a new lawyer, even though I had not asked for one. I will keep him, though I'd feel confident in representing myself. If you remember I sent you complaints regarding my new lawyer Mr. Childress, who is still doing the same things as Ms. Spence. I'll not tolerate this. This time I want you know Mr. Childress is still not my lawyer until I decide to accept him as such. If I continue to experience problems with him I'll send you request to terminate him. For now I'm waiting to see his future steps and actions on my behalf. Very soon, I shall let you know my decision. I made a mistake because I trusted Ms. Spence, I shall not make same mistakes again. To send you documents for my defense is my CONSTITUTIONAL RIGHT, and very soon I'll send you more documents. Please, you need to know that I AM LEADING MY DEFENSE, NOT MY LAWYER, and that is my right. A week ago I sent Mr. Childress some documents and requests, and I'm waiting on his response. If he does not respond to me to my satisfaction, I do not want or need his help. After that, should I decline his services, I want no help from a U.S. Attorney. Please don't understand this letter in a wrong way, or take it personally, I'm simply using my legal right to defend myself in the best possible way that I know. If you feel you need to send a copy of this letter to Mr. Childress, or U.S. prosecutor and the court, please do so. Thank you for your time and consideration in this matter.

Sincerely: Almaz Nezirovic   10.05 2014

ALMAR NEZIROVIC
5895 WEST RIVER RD.
SALEM VA 24153

INMATE
Western Virginia
Regional Jail

RECEIVED
2014 OCT 10 AM 10:21
U.S. COURT OF APPEALS
FOURTH CIRCUIT

NATATACHA CONNOR, CLERK
US COURT OF APPEALS FOR THE FOURTH CIRCUIT
1100 E. MAIN STR. SUITE 501
RICHMOND VA 23219